27071. HUNTER v. A-1 BONDING SERVICE, INC.

GRICE, Presiding Justice. After further consideration we are of the opinion that the Court of Appeals correctly decided this case, *Hunter v. A-1 Bonding Service, Inc.,* 125 Ga. App. 173 (186 SE2d 566), and its judgment is

*Affirmed. Mobley, C. J., Nichols, Undercofler, Hawes and Gunter, JJ., and Judge Andrew J. Whalen, concur. Jordan, J., disqualified.*
ARGUED APRIL 11, 1972—DECIDED MAY 3, 1972.

*Larry Cohran,* for appellant.

*Webb, Parker, Young & Ferguson, Paul Webb, Jr., John Tye Ferguson, Turner Paschal,* for appellee.